consideration or decision of this petition.

No. 03–199. PIKE ET AL. *v.* LUCENT TECHNOLOGIES. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–362. WOODFORD, WARDEN *v.* BITTAKER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–10659. IN RE SEDGWICK, *ante,* p. 809;
No. 02–10763. SHERIDAN *v.* MORGANTHAU ET AL., *ante,* p. 836;
No. 02–10898. SEPULVADO *v.* CAIN, WARDEN, ET AL., *ante,* p. 842;
No. 02–10930. SMITH *v.* BUSHEY ET AL., *ante,* p. 843;
No. 02–10931. SAVAGE *v.* DISTRICT OF COLUMBIA, *ante,* p. 843;
No. 02–11110. SEDGWICK *v.* UNITED STATES, *ante,* p. 855; and
No. 03–5592. COLEMAN *v.* ROLLINS, WARDEN, ET AL., *ante,* p. 918. Petitions for rehearing denied.

## NOVEMBER 17, 2003

No. 03–411. PARKER ET AL. *v.* OHIO ET AL. Affirmed on appeal from D. C. S. D. Ohio.

No. 03–6200. WALKER *v.* TRUE, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wiggins* v. *Smith,* 539 U. S. 510 (2003).

No. 03–6273. ROBINSON *v.* JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.